DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO CHAVEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-237-GEB |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| FRANCISCO CHAVEZ-GARCIA, | ) ) | Date:  January 27, 2012 |
| Defendant. | ) ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for FRANCISCO CHAVEZ-GARCIA, that the status conference hearing date of January 6, 2012 be vacated, and the matter be set for status conference on January 27, 2012 at 9:30 a.m.

The reason for this continuance is to allow the government time to prepare and offer the defense a plea agreement, and to give defense counsel time to receive the plea agreement and then to review it with the defendant. In addition, defense counsel will be out of the country and unavailable from January 6-January 19, 2011.

Based upon the foregoing, the parties agree that the time under

1  the Speedy Trial Act should be excluded from the date of signing of

2  this order through and including January 27, 2012 pursuant to 18 U.S.C.

3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

4  T4 based upon continuity of counsel and defense preparation.

5

6  DATED:   December 19, 2011.                    Respectfully submitted,

7                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender

8

9                                                 /s/ Caro Marks
                                                  CARO MARKS
10                                                Designated Counsel for Service
                                                  Attorney for Francisco Chavez-Garcia

11

12  DATED:   December 19, 2011.                   BENJAMIN WAGNER
                                                  United States Attorney

13

14

15                                                /s/ Caro Marks for
                                                  MICHELE BECKWITH
                                                  Assistant U.S. Attorney
16                                                Attorney for Plaintiff

17

18

19                              ORDER

20      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

21  ordered that the January 6, 2012,  status conference hearing be

22  continued to January 27, 2012, at 9:30 a.m.  Based on the

23  representation of defense counsel and good cause appearing there from,

24  the Court hereby finds that the failure to grant a continuance in this

25  case would deny defense counsel reasonable time necessary for effective

26  preparation, taking into account the exercise of due diligence.  The

27  Court finds that the ends of justice to be served by granting a

28  continuance outweigh the best interests of the public and the defendant

                                    2

in a speedy trial.  It is ordered that time up to and including the
January 27, 2012 status conference shall be excluded from computation
of time within which the trial of this matter must be commenced under
the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
and Local Code T-4, to allow defense counsel reasonable time to
prepare.

Dated:  December 19, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge